In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00026-CV**

_____

**PATRICIA POWERS, Appellant**

**V.**

**WESLEY SMITH, Appellee**

**On Appeal from the Justice Court, Precinct 1**
**Montgomery County, Texas**
**Trial Cause No. 9669SC**

**MEMORANDUM OPINION**

Appearing *pro se*, Patricia Powers filed a notice of appeal from interlocutory

orders of a justice court. In a civil case, an appeal to the Court of Appeals may be

taken "from a final judgment of the district or county court." *See* Tex. Civ. Prac. &

Rem. Code Ann. § 51.012 (West 2015). We questioned our jurisdiction over this

attempted appeal. The appellant did not file a written response within the time

specified in the notice from the clerk.

Powers's notice of appeal from the justice court does not invoke this Court's appellate jurisdiction. The appeal is subject to dismissal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Furthermore, the appellant failed to comply with a notice from the clerk requiring a response within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on March 4, 2015
Opinion Delivered March 5, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.

2